```
McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
KATE L. SCARBOROUGH
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2739
```

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 05-245-PAN |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS |
| | ) | INFORMATION WITHOUT PREJUDICE |
| v. | ) | AND ORDER |
| | ) | |
| ISRAEL CONTRERAS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing without prejudice Mag. No. 05-245-PAN.

The government has tried to notice the defendant to appear for arraignment, but has not been able to ascertain an accurate address for the defendant. In addition to mailing the defendant a notice to appear via certified mail, the government also attempted to contact him through his brother and his former employer. However, all efforts to reach the defendant have been unsuccessful.

////

1    In consideration of the above, the government respectfully
2 requests that the above case be dismissed without prejudice.  If
3 the government is able to ascertan an accurate address for the
4 defendant, the government will re-file an Information.

5 DATED: August 15, 2006                McGREGOR W. SCOTT
                                        United States Attorney

7                                 By:  /s/ Matthew C. Stegman
                                       MATTHEW C. STEGMAN
8                                      Assistant U.S. Attorney

9                              O R D E R

10 IT IS SO ORDERED:

11 DATED: August 25, 2006

14 _____
   Edmund F. Brennan
15 United States Magistrate Judge